# TRIAL COURT OFFICIALS

# REQUEST FOR EXTENTION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/28/2015 9:43:23 AM
CATHY S. LUSK
Clerk

**FAX TO CATHY S. Lusk, CLERK, 12TH COURT OF APPEALS, TYLER, AT 903-593-2193**

**Court of Appeals No. (if Known)** 12-15  -00173  -CR

**Trial Court Style :** STATE OF TEXAS VS <u>MICHAEL BENJAMIN JOHNSON</u>

**Trial Court & County:** 241ST DISTRICT COURT  SMITH  COUNTY  **Trial Court No.:** <u>241-0950-14</u>

**Date Trial Clerk' Record Originally Due:** 6/29/2015

**Date Court Reporter's Record Originally Due:** 06/29/2015

**Anticipated Number of pages of Record:**

**I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:  (Check all that apply – attach additional pages if necessary.)**

☑  **To the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.**

☑  **My duties listed below preclude working this record :**

☑  **Other, (Explain):** Our Appeals Clerk is out on FMLA. Our office is taking the steps necessary to fulfill requirements of Appeal.

**I anticipate this record will be completed and forwarded to the 12th Court of Appeals by** ___10/28/2015_____ **and I**

**Hereby request an additional** ____60____ **days within which to prepare the record. TEX. R. App.P. 37.3.**

**In compliance with TEX.R.App.P. 9.5(e), I certify that a copy of this notice has been served on counsel for all**

**Parties to the trial Court's judgment or order being appealed.  I further certify to my signature below that the**

**Information contained in this notice is true and within my personal knowledge.**

<u>August 28th, 2015</u>  _____ /S/ KAREN HISEL
**Date**  /S/ KAREN HISEL

<u>(903) 590-1677</u>
**OFFICE PHONE NUMBER**

**lrhymes@smith-county.com**
**E-mail Address**  **Official Title:** <u>DEPUTY CLERK</u>

**Trial Clerk's/Court Reporter's Record Request for EXT/12TH CA-Cs:/Tyler/12-3-97/Rev 5-3-2001**
**TEXAS RULE OF APPELLATE PROCEDURE 9.5© READS"**

      *Certificate requirements.*  A certificate of service must be signed by the person who made the service
      And must state:

      (1)  The date and manner of service.
      (2)  The name and addresses of each person served; and
      (3)  If the person served is a party's attorney, the name of the party represented by that attorney.
**The following parties have been served with a copy of this document:**
**(Information may be either printed or typed.)**

**LEAD COUNSEL FOR APPELLANT(S) :**              **Lead Counsel for (Appellee(s)**

**Name:__AUSTIN REEVE JACKSON__**            **Name: __MICHAEL WEST__**

**Address: 112 EAST LINE STREET, SUITE 310**      **Address: 100 N. BROADWAY, TYLER, TX**

      **TYLER, TEXAS 75702**

**Phone no:      903-595-6070**              **Phone no: 903-590-1720**

**Attorney for:   DEFENDANT**              **Attorney for: STATE OF TEXAS**
**Bar NO:     240461139**                **Bar Number:   2120330**

**Lead Counsel for (APPELLANT (S):**         **Lead Counsel for APPELLEE(S):**

**Name _____**        **Name:_____**

**Address: _____**      **Address:_____**

**_____**        **_____**

**Phone no: _____**      **Phone no: _____**

**Attorney for: _____**      **Attorney for : _____**

**Bar NO._____**      **Bar No. _____**

**Additional Information if any:**
_____
_____
_____